IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RICHARD TRAVIS,

    Plaintiff,

vs.                                                         CASE NO. 1:09CV73-MP/AK

STATE ATTORNEY OFFICE, et al.,

    Defendant.

                                                  /

## AMENDED REPORT AND RECOMMENDATION

## CORRECTING SCRIVENERS ERROR

Plaintiff was granted leave to proceed in forma pauperis without prepayment of the entire filing fee and was assessed an initial partial filing fee of $1.25 by Order dated April 16, 2009 . (Doc. 6). When Plaintiff failed to comply with an order of the Court an Order To Show Cause was issued for Plaintiff to show cause in writing on or before June 10, 2009, as to why this cause should not be dismissed for failure to prosecute. The Show Cause Order (doc. 7) issued on May 19, 2009, was returned to the Clerk of Court as undeliverable from the Alachua County Jail marked "Not In Custody" (Doc. 8). On June 16, 2009, a member of the Court staff searched the Florida Department of Corrections data base and located a Richard Travis, DC# 125984, at Liberty Correctional Institution.  As of this date Plaintiff has failed to notify the Court or to file a

change of address as required. By Order dated June 16, 2009, (doc. 9) the Clerk was directed to re-mail the previous order (doc. 7), to the new address and directed Plaintiff to show cause in writing on or before July10, 2009, as to why this cause should not be dismissed for failure to prosecute.

As of this date, there has been no response to the show cause order or any further communication by Plaintiff with the Court.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has failed to comply with two orders of this Court (docs. 8 and 9), and has not otherwise prosecuted his lawsuit. Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this *17th* day of July, 2009.

                                              s/ A. KORNBLUM
                                              **ALLAN KORNBLUM**
                                              **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No.1:09CV73-MP/AK