IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RICHARD TRAVIS,

    Plaintiff,

v.                                    CASE NO. 1:09-cv-00073-MP-AK

PUBLIC DEFENDERS OFFICE, STATE ATTORNEYS OFFICE,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 11, Report and Recommendation from the Magistrate Judge. Plaintiff has failed to comply with two orders of this Court (Docs. 8 and 9), and has not otherwise prosecuted his lawsuit. A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Therefore, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge, Doc. 11, is adopted and incorporated herein.

2. Plaintiff's Complaint, Doc. 1, is dismissed without prejudice.

**DONE AND ORDERED** this  *18th* day of August, 2009



*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge